# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Legg, Benson E. | 2. Court or Organization<br><br>United States District Court, Maryland | 3. Date of Report<br><br>09/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

101 W. Lombard Street
Suite 7A
Baltimore, Maryland 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. UTMA Trustee | Custodial Accounts at Legg Mason |
| 2. UTMA Trustee | Custodial Accounts at T.Rowe Price |
| 3. UTMA Trustee | Custodial Accounts at Morgan Stanley Smith Barney |
| 4. Instructor | State of Maryland - University of Maryland Law School |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 09/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | State of Maryland - Law School -- Teaching Wages | $1,875.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Eastman Kodak Company -- Directors Fees & Restricted Stock Awards |
| 2. 2011 | SunTrust -- Directors Fees & Restricted Stock Awards |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 09/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Revolving credit card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. T.Rowe Price New Horizons, UTMA #1 | C | Dividend | K | T | | | | | |
| 2. T.Rowe Price New Horizons, UTMA #2 | C | Dividend | K | T | | | | | |
| 3. Morgan Stanley Smith Barney (LMNSX) - IRA #1 | | None | J | T | | | | | |
| 4. Morgan Stanley Smith Barney (LMNVX) - IRA #1 | | None | N | T | | | | | |
| 5. Morgan Stanley Smith Barney (LMNOX) - IRA #1 | | None | N | T | Sold (part) | 01/18/11 | J | A | |
| 6. | | None | N | T | Sold (part) | 04/11/11 | J | A | |
| 7. Morgan Stanley Smith Barney (Amazon.com) -IRA #2 | | None | M | T | | | | | |
| 8. Morgan Stanley Smith Barney (Bk Dep) IRA #2 Dreyfus MM | | None | J | T | | | | | |
| 9. Morgan Stanley Smith Barney (LMNVX) - IRA #2 | | None | M | T | | | | | |
| 10. Morgan Stanley Smith Barney (LMNOX) - IRA #2 | | None | N | T | Sold (part) | 01/18/11 | J | A | |
| 11. | | | | | Sold (part) | 04/11/11 | J | A | |
| 12. Morgan Stanley Smith Barney (LMNSX) - IRA #2 | | None | J | T | | | | | |
| 13. Morgan Stanley Smith Barney (LMNVX) IND #2 | B | Dividend | M | T | | | | | |
| 14. Morgan Stanley Smith Barney (LMNOX) - IND #2 | C | Dividend | N | T | Sold (part) | 12/20/11 | J | | |
| 15. Morgan Stanley Smith Barney (LMNSX) - IND #2 | | None | L | T | | | | | |
| 16. Morgan Stanley Smith Barney (Amazon) - IND #2 | | None | L | T | Donated (part) | | | | |
| 17. MorganStanley Smith Barney(Biosante Pharm) IND #2 X | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Smith Barney (Qualcomm) -IND #2 | A | Dividend | J | T | Donated (part) | | | | |
| 19. Morgan Stanley Smith Barney (Legg Mason Inc)-IND #2 | E | Dividend | P1 | T | Sold (part) | 12/20/11 | J | | |
| 20. Morgan Stanley Smith Barney (Eastman Kodak) - IND #2 | | None | | | Buy | 01/26/11 | K | | |
| 21. | | | | | Sold | 01/26/11 | K | | |
| 22. Morgan Stanley Smith Barney (SunTrust) - IND #2 | A | Dividend | J | T | Buy | 08/11/11 | K | | |
| 23. Morgan Stanley Smith Barney (Bank Deposit) IND #2 | A | Interest | J | T | | | | | |
| 24. Legg Mason 401K (Special Investment) | | None | K | T | | | | | |
| 25. Legg Mason 401K (Value/Inst) | | None | N | T | | | | | |
| 26. River Hotel, Baltimore, MD | | None | J | U | | | | | |
| 27. Pioneer Natural Resources | | None | J | T | | | | | |
| 28. HCW Drilling Partnership Units 1980-1, Unpriced Security | | None | J | W | | | | | |
| 29. HCW Drilling Partnerships Units 1979-1, Unpriced Security | | None | J | W | | | | | |
| 30. Koger Partnership, LTD | | None | J | W | | | | | |
| 31. Legg Mason ESPP (The Bank of NY Mellon) | A | Dividend | | | Sold | 08/17/11 | J | | |
| 32. Legg Mason Inst Funds #1 (Value Trust), UTMA #1 | A | Dividend | K | T | | | | | |
| 33. Legg Mason Inst Funds #1 (Oppr Trust), UTMA #1 | B | Dividend | M | T | | | | | |
| 34. Legg Mason Inst Funds #2 (Value Trust), UTMA #2 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Legg Mason Inst Funds #2 (Oppr Trust), UTMA #2 | B | Dividend | M | T | | | | | |
| 36. Legg Mason Capital Management Research Fund | A | Int./Div. | | | Closed | 01/01/11 | K | | |
| 37. LMCM Income Opp Fund | C | Int./Div. | K | U | | | | | |
| 38. LMCM Small Cap Fund LLC | A | Int./Div. | K | U | | | | | |
| 39. LMCM Systematic Value Fund LLC | A | Int./Div. | K | U | | | | | |
| 40. Morgan Stanley Smith Barney (LMOPX)- IRA #3 | | None | J | T | | | | | |
| 41. Morgan Stanley Smith Barney (LMASX) IRA #3 | | None | K | T | Buy | 04/15/11 | J | | |
| 42. Morgan Stanley Smith Barney (LMASX) IRA #4 | | None | K | T | Buy | 04/15/11 | J | | |
| 43. Morgan Stanley Smith Barney (Bank Deposit) | A | Interest | J | T | | | | | |
| 44. Rental Property - Baltimore City, MD $1,248,900.00 | F | Rent | P1 | S | | | | | |
| 45. Merrill Lynch - Legg Mason Inc - | | None | | | Closed | 01/01/11 | J | | |
| 46. Morgan Stanley Smith Barney - SEP IRA (Bank Deposit) | A | Interest | J | T | Open | 04/01/11 | J | | |
| 47. Fidelity (SunTrust Restricted Stock) | A | Dividend | J | T | Open | 04/26/11 | M | | |
| 48. Kodak Restricted Stock | | None | J | T | Open | 02/29/11 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 09/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII. Investments and Trusts:

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 09/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544